IN THE UNITED STATE DISTRICT COURT
DISTRICT OF MINNESOTA

SENTENCING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES-CRIMINAL** |
| Plaintiff, | ) ) | Case No: CR20-232(39) (JRT/DTS) |
| | ) | Date: September 16, 2024 |
| v. | ) | Court Reporter: Kristine Mousseau |
| | ) | Courthouse: Minneapolis |
| Corlos Kentrell Smith, | ) | Courtroom: 14E |
| | ) | Time Commenced: 2:08 p.m. |
| Defendant. | ) | Time Concluded: 2:28 p.m. |
| | ) | Time in Court: 20 Minutes |
| | ) | |

Before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
    For Plaintiff:    Harry Jacobs, Assistant U.S. Attorney
    For Defendant:    Sarah MacGillis
**X** **Sentencing.**

IT IS HEREBY ORDERED that:

Defendant is sentenced to: Time served
Supervised Release Term: 1 year

**X** Special conditions of :
    **See J&C for special conditions**
**X** Defendant sentenced to pay:
    X Restitution in the amount of $15,000.00.
    **X** Special assessment in the amount of $100.00 to be paid.
X Defendant released on conditions as set.
X On Motion of the Gov't., counts 5, 29, and 44 are dismissed as to this defendant only.

Sealed Matters: Documents (ECF No. 2448) sealed pursuant to LR 49.1(c)(2) will be unsealed when judgment is filed unless otherwise specified.

                                                            s/Heather Arent
                                                           Courtroom Deputy